NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

**FILED**

**2019 OCT -3  PM 3: 24**

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JAMES CLARK, IN PRO PER

Plaintiff(s),

v.

RITA GAIL FARRIS-ELLISON, LENDERS ESCROW, INC., JUST THAT EZ FINANCIAL, DOE FLAGSTAR BANK AND DOES 1-100 INCLUSIVE Defendant(s)

CASE NUMBER:

**CV19 - 0855 1-DDP-PLAx**

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    JAMES   CLARK, IN PRO PER
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| RITA GAIL FARRIS-ELLISON | DEFENDANT |
| LENDERS ESCROW INC | DEFENDANT |
| JUST THAT EZ FINANCIAL | DEFENDANT |
| DOE FLAGSTAR BANK | DEFENDANT |

_11-30-19_
Date

_____
Signature

Attorney of record for (or name of party appearing in pro per):

JAMES CLARK IN PRO PER

CV-30 (05/13)                         NOTICE OF INTERESTED PARTIES