**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES CLARK <br><br> PLAINTIFF(S) <br> v. <br> FARRIS ELLISON, ET AL. <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 19-08551 DDP (PLAx) <br><br> **ORDER RETURNING CASE** <br> **FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03 .

October 28, 2019
Date

_[signature]_
United States District Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge  R. Gary Klausner  for all further proceedings. On all documents subsequently filed in this case, please substitute the initials  RGK  after the case number in place of the initials of the prior judge so that the case number will read  2:19-cv-08551 RGK-PLAx . This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-89 (03/19)            ORDER RETURNING CASE FOR REASSIGNMENT