**RODNEY S. DIGGS (# 274459)**
rdiggs@imwlaw.com
**YALDA PAYDAR (# 326081)**
ypaydar@imwlaw.com
**IVIE, McNEILL & WYATT**
444 S. Flower Street, 18th Floor
Los Angeles, CA 90017-2919
(213) 489-0028; Fax (213) 489-0552

Attorneys for Defendant, Rita Gail Farris-Ellison

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CLARK,<br><br>             Plaintiff,<br><br>    vs.<br><br>RITA GAIL FARRIS-ELLISON, an individual; LENDERS ESCROW, INC., a corporation; JUST THAT EZ FINANCIAL, a corporation; DOE FLAGSTAR BANK, a corporation; and DOES 1 through 10, inclusive,<br><br>             Defendants. | CASE NO.: 19-CV-08551 DDP (PLAx)<br>*Hon. Dean D. Pregerson – Ctrm. 9C 1st Street; Hon. Mag. Paul L. Abrams – Ctrm. 780*<br><br>**CERTIFICATE OF SERVICE RE: DEFENDANT RITA GAIL FARRIS-ELLISON'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, QUASH SERVICE OF PLAINTIFF'S COMPLAINT** |

I, RODNEY S. DIGGS, certify and declare as follows:

I am employed in the County of Los Angeles, State of California, I am over the age of 18 years, and not a party to the within action. My business address is: 444 South Flower Street, Suite 1800, Los Angeles, California 90071, which is located in the City, County, and State where the mailing described took place.

1
**CERTIFICATE OF SERVICE RE: DEFENDANT RITA GAIL FARRIS-ELLISON'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, QUASH SERVICE OF PLAINTIFF'S COMPLAINT**

On **October 29, 2019**, I deposited in the United States mail at Los Angeles, California, a copy of the **DEFENDANT RITA GAIL FARRIS-ELLISON'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, QUASH SERVICE OF PLAINTIFF'S COMPLAINT** which is attached to this Certificate addressed as follows:

James Clark
625 Laconia Blvd
Los Angeles, CA 90044

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Executed on **October 29, 2019**, at Los Angeles, California.

                                          */s/ Rodney S. Diggs*
                                          Rodney S. Diggs

**CERTIFICATE OF SERVICE RE: DEFENDANT RITA GAIL FARRIS-ELLISON'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, QUASH SERVICE OF PLAINTIFF'S COMPLAINT**